IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 7 |
| ZACHARY J. PEARCE, | ) | Bankruptcy Case No.: 25-10336-BLS |
| | ) | Bankr. BAP No. 25-24 |
| Debtor. | ) | |
| _____ | ) | |
| ZACHARY J. PEARCE, | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-0634-JLH |
| | ) | |
| GEORGE L. MILLER, Chapter 7 Trustee, | ) | |
| | ) | |
| Appellee. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **23rd day of July 2025;**

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023, the Court conducted an initial review of this matter in order to determine the appropriateness of mediation for the case;

WHEREAS no appearance has been entered by the Appellee in the above-captioned appeal and a joint mediation is not possible at this time;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that mediation is not appropriate in this matter and recommends that the assigned District Judge issue an order withdrawing the matter from mediation.

*Christopher J. Burke*
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE