# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>ZACHARY J. PEARCE<br><br>    Debtor.<br>_____<br>ZACHARY J. PEARCE,<br><br>    Appellant,<br><br>  v.<br><br>GEORGE L. MILLER, Chapter 7 Trustee,<br><br>    Appellee. | ) Chapter 7<br>) Bk. No. 25-10336 (BLS)<br>) Bk. BAP No. 25-24<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 25-634-JLH<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At Wilmington, this 7th day of August 2025, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court (D.I. 3);

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **September 8, 2025.**

2. Appellee's brief in opposition to the appeal is due on or before **October 8, 2025.**

3. Appellant's reply brief is due on or before **October 22, 2025.**

              _____
              The Honorable Jennifer L. Hall
              United States District Judge