IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ZACHARY J. PEARCE ) | Bk. No. 25-10336 (BLS) |
| ) | Bk. BAP No. 25-24 |
| Debtor. ) | |
| ) | |
| ZACHARY J. PEARCE, ) | |
| ) | |
| Appellant, ) | |
| ) | Civil Action No. 25-634-JLH |
| v. ) | |
| ) | |
| GEORGE L. MILLER, Chapter 7 Trustee, ) | |
| ) | |
| Appellee. ) | |

**ORDER TO SHOW CAUSE**

At Wilmington, this 22nd day of September 2025:

WHEREAS, on May 22, 2025, Appellant filed a Notice of Appeal with respect to the Bankruptcy Court's May 7, 2025 Order dismissing Appellant's chapter 7 case (D.I. 1);

WHEREAS, on August 7, 2025, the Court issued an order directing Appellant to file an opening brief in support of the appeal no later than September 5, 2025 (D.I. 4);

WHEREAS, the docket reflects that Appellant has not filed an opening brief or any request to extend the deadline; and

WHEREAS, the docket further reflects that Appellant has failed to file any statement of issues on appeal as required by Federal Rule of Bankruptcy Procedure 8009;

NOW THEREFORE, IT IS HEREBY ORDERED that Appellant shall show cause in writing no later than October 24, 2025 why this appeal should not be dismissed. Failure to comply with this deadline may result in the dismissal of the appeal without further notice.

_____
The Honorable Jennifer L. Hall
United States District Judge